UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:21-mj-1179-CPT | **DATE:** | February 25, 2021 |
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LESA ANDRADE | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Rachel Jones, AUSA | |
| | | **DEFENSE COUNSEL**<br>Percy King, AFPD | |
| **COURT REPORTER: DIGITAL** | | **DEPUTY CLERK:** | Caleb Houston |
| **TIME** | 2:26pm to 3:12pm  **TOTAL:** 46 min | **PROBATION** | Amy Jackson |
| | | **COURTROOM:** | 12B |

**PROCEEDINGS:** Removal hearing, Rule 5 (Western District of Kentucky- Case No. 3:19-cr-206-RGJ)

Defendant provided with a copy of INDICTMENT.

ARREST DATE:   February 25, 2021

Financial Affidavit submitted for approval. Defendant's financial means appear to disqualify her from appointment of counsel, however due to the severity of the case and likely retainer of private counsel, the Court finds that Defendant does not have the financial means to retain counsel. Court appoints the Federal Public Defenders Office for proceedings held in the Middle District of Florida.

Court summarizes rights and charges. Defendant advised of right to remain silent.

Identity hearing waived.

Bond Hearing held.

Bond:   Government: seeking detention. Flight risk. Obstruction of Justice. Danger to community. Defendant is facing a 20-year sentence.
Defendant: moves for bond. Evidence against the defendant is weak, defendant owns a business, family ties to the community, health conditions, her passport is expired, defendant has been out since the underlying incident and has not attempted to abscond.

Court orders defendant detained until she makes her appearance in the Western District of Kentucky. Defendant may revisit the matter of detention/bail in the charging district.

Oral Order Due Process Protection Act.

Defendant committed to the Western District of Kentucky for further proceedings.